IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANDREW O'DELL,<br><br>　　　Petitioner,<br><br>　v.<br><br>JANICE GALLI McLEOD, et al.,<br><br>　　　Respondents. | No. C 11-03926 CW (PR)<br><br>ORDER OF TRANSFER |

　　　Petitioner, a state prisoner, has filed a <u>pro se</u> petition for a writ of habeas corpus. Petitioner has not paid the filing fee or filed an application for leave to proceed <u>in forma pauperis</u>.

　　　A federal statute allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. <u>Id.</u> § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. <u>See id.</u> Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction.

1  See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993);
2  Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).
3       Here, Petitioner challenges a conviction and sentence incurred
4  in Pomona Superior Court in Los Angeles County, which is located in
5  the venue of the Central District of California.  See 28 U.S.C.
6  § 84(c)(2).  Accordingly, that is the proper venue for this action.
7       Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and
8  in the interest of justice, the Clerk of the Court is ordered to
9  TRANSFER this action forthwith to the United States District Court
10 for the Eastern District of California.
11      IT IS SO ORDERED.

Dated: 9/7/2011                    _____
                                   CLAUDIA WILKEN
                                   UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ERIC ANDREW ODELL,

   Plaintiff,

 v.

JANICE GALLI MCLEOD et al,

   Defendant.

Case Number: CV11-03926 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric A. O'Dell F-03425
Centinela State Prison
C6/178Low
P.O. Box 731
2302 Brown Road
Imperial, CA 92251

Dated: September 7, 2011

             Richard W. Wieking, Clerk
             By: Nikki Riley, Deputy Clerk

3