UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC ANDREW O'DELL,<br><br>    Petitioner,<br><br>    v.<br><br>JANICE GALLI McLEOD, et al.,<br><br>    Respondents. | No. CV 11-7647-JVS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 20, 2012             _____
                                                  JAMES V. SELNA
                                        UNITED STATES DISTRICT JUDGE